UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:                                           CHAPTER 13
ROBERT A. SCHWEIG
TANYA C. SCHWEIG                                 CASE NO. 11-84079

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**   Kane County Teachers Credit Union      **Court claim #: (if known)**

**Last four digits** of any number used to identify the debtor's account: 0160

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $2055.00 |
| Amount Paid by Trustee | $2055.00 |

| *Monthly ongoing Mortgage Payment* | |
|---|---|
| Mortgage is paid: | |
| ☐  Thru the Chapter 13 Plan | ☒  Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:   3/10/2016                          /s/Lydia S. Meyer
                                            Lydia S. Meyer, Trustee
                                            308 W. State St., Suite 212
                                            Rockford, IL  61101

Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 10th Day of March, 2016.

Dated:   3/10/2016                          /s/Cynthia K. Burnard

KANE COUNTY TEACHERS CREDIT UNION
PO BOX 1360
111 S HAWTHORNE STREET
ELGIN, IL 60123-5873

ROBERT A. SCHWEIG
TANYA C. SCHWEIG
3401 COBBLESTONE LN.
BELVIDERE, IL  61008

LAW OFFICE OF JASON BLUST LLC
211 W. WACKER DR., SUITE 200
CHICAGO, IL  60606